UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO MARINELLO,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>        Defendant. | Case No. 19-cv-04620-VC<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 29 |

    Marinello's motion for reconsideration of the order dismissing his second amended complaint with prejudice is denied. However, given the arguments made in the motion, the Court wishes to clarify the dismissal order.

    The dismissal order adopted in part the magistrate judge's Report and Recommendation. The order and the Report explained that Marinello has no viable federal discrimination claim because Marinello failed to file his complaint within 90 days of receiving his right to sue letter from the EEOC, and the reasons he gave for filing late did not qualify for equitable tolling. *See* Dkt. Nos. 22, 27; *see also* 42 U.S.C. § 2000e-5(f)(1). However, neither the order nor the Report said anything about the validity of Marinello's state law discrimination claims under the California Fair Employment and Housing Act, which gives Marinello one year (instead of only 90 days) after receiving his right to sue letter to file a complaint. *See* Cal. Govt. Code § 12965(b). As explained in the Report, because there is no viable federal discrimination claim, and no diversity of citizenship, there is no federal jurisdiction over Marinello's suit, and the Court declines to exercise supplemental jurisdiction over the state law discrimination claims. *See* Dkt. No. 22 pgs. 3-4. But the Court expresses no opinion on the validity of these state law

2

claims, and the Court is not currently aware of anything that would prevent Marinello from pursuing them in the appropriate forum.

**IT IS SO ORDERED.**

Dated: December 1, 2020

_____
VINCE CHHABRIA
United States District Judge